# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>James D. Africa<br>Cheryl R. Mihalovits aka Cheryl R. Africa<br>                            Debtor(s) | CHAPTER 7<br><br><br><br>NO. 20-21062 GLT |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from the Automatic Stay captioned "Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I , v. William E. Anderson, Case No. 19-22899-GLT" which was inadvertently filed in the within case on or about **April 29, 2020 at Docket No. 18.**

                                              Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              jwarmbrodt@kmllawgroup.com
                                              Attorney I.D. No. 42524
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              Phone: 412-430-3594
                                              Attorney for Movant/Applicant

April 29, 2020