# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: James D. Africa**<br>　　　**Cheryl R. Mihalovits aka Cheryl R. Africa**<br>　　　　　　　Debtor(s) | **BK NO. 20-21062 GLT** |
| **BANK OF AMERICA, N.A.**<br>　　　　　　　Movant<br>　　　vs.<br>**James D. Africa**<br>**Cheryl R. Mihalovits aka Cheryl R. Africa**<br>　　　　　　　Respondent<br><br>**Eric E. Bononi**, (**Trustee**)<br>　　　　　　Additional Respondent | **Chapter 7**<br><br><br>**Related to Document No. 27** |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 5, 2020, I served the above captioned pleading filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
James D. Africa
812 Western Street
Ellwood City, PA 16117

Cheryl R. Mihalovits aka Cheryl R. Africa
812 Western Street
Ellwood City, PA 16117

Attorney for Debtor(s)
Lauren M. Lamb, Esq.
707 Grant Street, 28th Floor Gulf Tower
Pittsburgh, PA 15219
llamb@steidl-steinberg.com

Trustee
Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Greensburg, PA 15601
bankruptcy@bononiandbononi.com

Method of Service: electronic means or first class mail

Dated: June 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire____**
　　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　　Phone: 412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant