**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James D. Africa**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4836**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Cheryl R. Mihalovits**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3416**<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–21062–GLT**

# Order of Discharge                                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James D. Africa                                             Cheryl R. Mihalovits
                                                            aka Cheryl R. Africa


6/24/20                                                     **By the court:**   Gregory L. Taddonio
                                                                                United States Bankruptcy Judge


### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 20-21062-GLT
James D. Africa                                                 Chapter 7
Cheryl R. Mihalovits
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: admin              Page 1 of 2            Date Rcvd: Jun 24, 2020
                              Form ID: 318             Total Noticed: 49
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
```
db/jdb         +James D. Africa,    Cheryl R. Mihalovits,    812 Western Street,    Ellwood City, PA 16117-2867
15220842        Bank of America,    Attn: Bankruptcy,    Nc4-105-03-14 Pob 26012,    Greensboro, NC 27420
15220841       +Bank of America,    Po Box 45144,    Jacksonville, FL 32232-5144
15220845        Best Buy,    PO Box 9001007,    Louisville, KY 40290-1007
15220846       +Brighton Radiology,    Po Box 536287,    Pittsburgh, PA 15253-5904
15220857        Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
15220858       +Citibank/Best Buy,    Po Box 6497,    Sioux Falls, SD 57117-6497
15220859       +Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
15220863       +First National Bank,    4140 E State St,    Hermitage, PA 16148-3401
15220864       +First National Bank,    Attn: Bankruptcy,    4140 East State Street,    Hermitage, PA 16148-3401
15220865        First Source,    6341 Inducon Drive East,    Sanborn, NY 14132-9097
15220866        Heritage Valley,    P.O. Box 643439,    Pittsburgh, PA 15264
15220867        Heritage Valley beaver,    P.O. Box 382094,    Pittsburgh, PA 15251-8094
15220869       +Heritagel Valley Health System,    c/o Penn Credit Corp.,    PO Box 69703,
                 Harrisburg, PA 17106-9703
15220871       +Kurt H. Dorer DMD,    2704 Broadhead Road,    Aliquippa, PA 15001-2769
15220873        Medical Diagnostic Labs,    2439 Kuser Road,    Trenton, NJ 08690-3303
15220876       +Plan with Tan,    PO Box 2520,    Wilkes Barre, PA 18703-0018
15220877       +Primary Health Network,    P.O. Box 716,    Sharon, PA 16146-0716
15220883        Tri State Financial, Inc.,    PO Box 29352,    Phoenix, AZ 85038-9352
15220885       +Wells Fargo Dealer Services,    Po Box 10709,    Raleigh, NC 27605-0709
15220886       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    1100 Corporate Center Drive,
                 Raleigh, NC 27607-5066
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2020 04:49:01      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jun 25 2020 04:50:16      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Jun 25 2020 08:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15220840       +EDI: AMEREXPR.COM Jun 25 2020 08:13:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
15220837       +EDI: AMEREXPR.COM Jun 25 2020 08:13:00      Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
15220844       +EDI: TSYS2.COM Jun 25 2020 08:13:00      Barclays Bank Delaware,    Attn: Bankruptcy,
                 Po Box 8801,    Wilmington, DE 19899-8801
15220843       +EDI: TSYS2.COM Jun 25 2020 08:13:00      Barclays Bank Delaware,    P.o. Box 8803,
                 Wilmington, DE 19899-8803
15220847       +EDI: CAPITALONE.COM Jun 25 2020 08:13:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15220848        EDI: CAPITALONE.COM Jun 25 2020 08:13:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
15220849       +EDI: CAPITALONE.COM Jun 25 2020 08:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15220855       +EDI: CITICORP.COM Jun 25 2020 08:13:00      Citibank,    Citicorp Credit Srvs/Centralized Bk dept,
                 Po Box 790034,    St Louis, MO 63179-0034
15220854       +EDI: CITICORP.COM Jun 25 2020 08:13:00      Citibank,    Po Box 6217,
                 Sioux Falls, SD 57117-6217
15220856       +EDI: CITICORP.COM Jun 25 2020 08:13:00      Citibank North America,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
15220860       +EDI: CCS.COM Jun 25 2020 08:13:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
15220861        EDI: DISCOVER.COM Jun 25 2020 08:13:00      Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
15220862       +EDI: DISCOVER.COM Jun 25 2020 08:13:00      Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,    New Albany, OH 43054-3025
15220852        EDI: JPMORGANCHASE Jun 25 2020 08:13:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
15220850        EDI: JPMORGANCHASE Jun 25 2020 08:13:00      Chase Card Services,    Po Box 15369,
                 Wilmington, DE 19850
15220870        EDI: JPMORGANCHASE Jun 25 2020 08:13:00      JPMorgan Chase,    P.O. Box 15153,
                 Wilmington, DE 19850
15220872       +EDI: CAPIO.COM Jun 25 2020 08:13:00      MBA Law Offices,    c/o Capio Partners,    PO Box 3209,
                 Sherman, TX 75091-3209
15220874       +EDI: NHCLLC.COM Jun 25 2020 08:13:00      National Hospital Collections,
                 235 High Street, Suite 516,    PO Box 699,    Morgantown, WV 26507-0699
15220875       +E-mail/Text: electronicbkydocs@nelnet.net Jun 25 2020 04:49:22      Nelnet,    PO  Box 17460,
                 Denver, CO 80217-0460
15221068       +EDI: RMSC.COM Jun 25 2020 08:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-2           User: admin              Page 2 of 2              Date Rcvd: Jun 24, 2020
                               Form ID: 318             Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15220878         EDI: RMSC.COM Jun 25 2020 08:13:00      Synchrony Bank/Amazon,    PO Box 960013,
                  Orlando, FL 32896-0013
15220881        +EDI: RMSC.COM Jun 25 2020 08:13:00      Synchrony Bank/Lowes,    Attn:  Bankruptcy,
                  Po Box 965060,   Orlando, FL 32896-5060
15220880         EDI: RMSC.COM Jun 25 2020 08:13:00      Synchrony Bank/Lowes,    PO Box 530914,
                  Atlanta, GA 30353-0914
15220879        +EDI: RMSC.COM Jun 25 2020 08:13:00      Synchrony Bank/Lowes,    Po Box 956005,
                  Orlando, FL 32896-0001
15220884        +EDI: ECMC.COM Jun 25 2020 08:13:00      US Dept of Education,    PO Box 5609,
                  Greenville, TX 75403-5609
                                                                                                TOTAL: 28

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr               Wilmington Savings Fund Society dba Christiana Tru
15220838*       +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
15220839*       +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
15220853*      ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court:  Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
                  Wilmington, DE 19850)
15220851*      ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court:  Chase Card Services,   Po Box 15369,   Wilmington, DE 19850)
15220868       ##+Heritage Valley Health,   2 Peachtree Way,   Beaver, PA 15009-1954
15220882       ##+Transworld Systems,   PO Box 1864,   Santa Rosa, CA 95402-1864
                                                                                   TOTALS: 2, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society dba Christiana Trust,
               not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Joint Debtor Cheryl R. Mihalovits
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Debtor James D. Africa
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 7
```